UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,  )
                           )
       v.                  )   Cr. No. 10-10288-MLW
                           )
TIMOTHY MOYNIHAN           )
       Defendant.          )

## VERDICT

We the jury find the defendant Timothy Moynihan:

1. (a) __Guilty__ on Count 1.

**IF YOU HAVE FOUND DEFENDANT MOYNIHAN "GUILTY" ON COUNT 1, ANSWER QUESTION 1(b). IF NOT, GO TO COUNT 2.**

(b) Has the government proven beyond a reasonable doubt that the conspiracy as a whole involved at least 28 grams of cocaine base?

Yes __X__   No _____

2. __guilty__ on Count 2.

3. __guilty__ on Count 3.

4. __guilty__ on Count 4.

5. __guilty__ on Count 5.

__11/1/11__
DATE

__David Desjardins__
FOREPERSON